The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| R.M., and A.M., <br><br> Plaintiffs, <br><br> vs. <br><br> REGENCE BLUESHIELD and the KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC. <br><br> Defendants. | Case 2:23-cv-1381 <br><br> ORDER TO EXTEND TIME FOR RESPONSES TO AMENDED COMPLAINT AND FOR JOINT STATUS REPORT |

This matter comes before the Court on the parties' Stipulated Motion to Extend time for Answer to Amended Complaint and for Joint Status Report (ECF12). Having reviewed the motion, the Court GRANTS the parties' request.

It is ORDERED that:

- The deadline for Defendants to file their responses to Plaintiff's Amended Complaint is extended to January 8, 2024.

- The deadline for parties to file their Joint Status Report is extended from November 22, 2023, to January 22, 2024.

DATED: November 13, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER TO EXTEND TIME FOR RESPONSES
TO AMENDED COMPLAINT AND FOR JOINT
STATUS REPORT

[Case 2:23-cv-01381-JNW]

2