The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.M., and A.M.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REGENCE BLUESHIELD, and the KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1381<br><br>**STIPULATED MOTION AND ORDER TO MODIFY CASE SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>March 28, 2024 |

Pursuant to Local Civil Rules 16(b)(6), Plaintiffs R.M., and A.M. ("Plaintiffs"), and Defendants Regence BlueShield, and The Kaiser Foundation Health Plan of Washington Options, Inc. ("Defendants") jointly and respectfully move this Court to modify the current scheduling order at Dkt. 20, to include the deadline for completing mediation, which was included in the Parties' Joint Status Report.

Good cause exists for the modification and the Parties respectively request the Court consider the following modifications to the case schedule. The parties previously filed their Joint Status Report (Dkt. 19) on January 22, 2024. In this Joint Status Report, the Parties agreed upon a mediation deadline of August 30, 2024. This deadline was not reflected in the Court's Order Setting Trial Date

STIPULATED MOTION AND ORDER
TO MODIFY CASE SCHEDULE - 1
#5522731 v2 / 43004-080

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1  and Related Dates, at Dkt 20. The parties believe including this deadline to the Court's Scheduling

2  Order will assist the parties and ask the Court to include the mediation deadline of August 30, 2024,

3

4  as reflected in the Parties Joint Status Report. Accordingly, the Parties respectfully ask that the Court

5  enter the above stipulated modification to the current case schedule.

6

7      DATED this 28th day of March, 2024.

8

9

10                                         /s/Brian S. King
                                           Brian S. King (*Admitted Pro Hac Vice*)
11                                         420 East South Temple Ste 420
                                           Salt Lake City, UT 84111
12                                         PH: 801-532-1739
                                           FAX: 801-532-1936
13                                         brian@briansking.com

14
                                           Marie Casciari
15                                         Debofsky Law LTD
                                           3101 Western Ave, Ste 350
16                                         Seattle, WA 98121
                                           206-333-2696
17                                         Fax: 312-600-4426
18                                         Email: mcasciari@debofsky.com
                                           *Attorneys for Plaintiffs*
19

20
                                           /s/Medora A. Marisseau
21                                         Medora A. Marisseau, WSBA No. 23114
                                           Maria Y. Hodgins, WSBA No. 56924
22                                         Karr Tuttle Campbell
                                           701 Fifth Ave., Ste. 3300
23                                         Seattle, WA 98104
                                           Phone: (206) 223-1313
24                                         Fax: (206) 682-7100
25                                         Email: mmarisseau@karrtuttle.com
                                                  mhodgins@karrtuttle.com
26                                         *Attorneys for Defendant Regence BlueShield*

27

28

STIPULATED MOTION AND ORDER
TO MODIFY CASE SCHEDULE - 2
#5522731 v2 / 43004-080

1
2
3
4
5
6
7

*/s/Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Sheppard Mullin Richter & Hampton LLP (SF)
4 Embarcadero Center, 17 FL
San Francisco, CA 94111
415-434-9100
Fax: 415-434-3947
Email: RGuite@sheppardmullin.com
*Attorney for Defendant Kaiser Foundation Health Plan of Washington Options Inc.*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER
TO MODIFY CASE SCHEDULE - 3
#5522731 v2 / 43004-080

## ORDER

Pursuant to the Parties' stipulated motion to modify case schedule, the Parties' proposed addition to the case schedule is adopted as set forth below.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Deadline to complete mediation** | N/A | *August 30, 2024* |

IT IS SO ORDERED.

DATED this 2nd day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER
TO MODIFY CASE SCHEDULE - 4
#5522731 v2 / 43004-080

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CERTIFICATE OF SERVICE

I, Luci Brock, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused to be filed with Court a true and correct copy of the foregoing document by using the Court's electronic filing system. I caused the same to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Brian King<br>BRIAN S KING PC<br>420 E South Temple Ste 420<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1739<br>Fax: (801) 532-1936<br>E-mail: brian@briansking.com<br>*Attorneys for Plaintiffs* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Marie Casciari<br>DEBOFSKY LAW LTD<br>3101 Western Ave, Ste 350<br>Seattle, WA 98121<br>Telephone: (206) 333-2696<br>Fax: (312) 600-4426<br>Email: mcasciari@debofsky.com<br>*Attorneys for Plaintiffs* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| Robert J. Guite, WSBA No. 25753<br>Sheppard Mullin Richter & Hampton LLP (SF)<br>4 Embarcadero Center, 17 FL<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3947<br>Email: RGuite@sheppardmullin.com<br>*Attorney for Defendant Kaiser Foundation Health Plan of Washington Options Inc.* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

///

///

TO MODIFY CASE SCHEDULE - 5
#5522731 v2 / 43004-080

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 28th day of March, 2024, at Seattle, Washington.

*s/Luci Brock*
Luci Brock
Legal Assistant

STIPULATED MOTION AND ORDER
TO MODIFY CASE SCHEDULE - 6
#5522731 v2 / 43004-080

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100