1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

| | |
|---|---|
| R.M., as guardian on behalf of minor A.M., | CASE NO. 2:23-cv-1381 |
| Plaintiff, | ORDER SETTING BENCH TRIAL DATE AND RELATED DATES |
| v. | |
| REGENCE BLUESHIELD and KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS INC., | |
| Defendants. | |

8
9
10
11
12
13
14
15
16
17
18
19
20

On April 5, 2024, the parties filed a motion to amend their joint status report to extend the deadlines. Dkt. No. 24. Having reviewed the parties' joint status report and joint motion to amend their joint status report indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court strikes its prior scheduling order, Dkt. No. 20, and sets the following dates and deadlines:

21
22
23

| EVENT | DATE |
|---|---|
| BENCH TRIAL begins | March 4, 2025 |

| EVENT | DATE |
|-------|------|
| Length of trial | 1 day |
| Deadline for Plaintiffs to bring a motion to the Court as to the completeness of the prelitigation appeal record | May 23, 2024 |
| Deadline for any party to bring a motion regarding discovery beyond the prelitigation appeal record, including a motion seeking leave to engage in expert discovery | June 17, 2024 |
| Deadline to complete mediation | August 30, 2024 |
| Deadline for all dispositive motions, and motions challenging expert witness testimony, if any | November 4, 2024 |
| Deadline for administrative record to be filed with the Court; the administrative record shall be filed under seal | January 3, 2025 |
| Agreed LCR 16.1 Pretrial Order due | February 11, 2025 |
| Trial briefs and proposed findings of fact and conclusions of law due | February 18, 2025 |
| Pretrial conference scheduled on | February 25, 2025 |

The Local Civil Rules set all other deadlines. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov

within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

## PROCEDURAL MATTERS

All counsel and *pro se* parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts. gov/.

All counsel and *pro se* parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 30th day of April 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING BENCH TRIAL DATE AND RELATED DATES - 3