The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.M., and A.M., <br><br>             Plaintiffs, <br><br> vs. <br><br> REGENCE BLUESHIELD and the KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC. <br><br>             Defendants. | Case 2:23-cv-01381-JNW <br><br> ORDER AMENDING THE DISCOVERY PLAN (ECF 25) <br><br> NOTING DATE: May 23, 2024 |

This matter comes before the Court on the parties' Stipulated Motion to Extend time for the parties to bring a motion as to the completeness of the prelitigation appeal record as indicated in this Court's April 30th, 2024, Order (ECF 25). Having reviewed the motion, the Court GRANTS the parties' request.

It is ORDERED that:

- The deadline for Plaintiffs to bring a motion to the Court as to the completeness of the prelitigation appeal record is **June 3, 2024.**

- All other deadlines remain the same**.**

ORDER TO EXTEND TIME FOR RESPONSES
TO AMENDED COMPLAINT AND FOR JOINT
STATUS REPORT                                                                                                       1

[Case 2:23-cv-01381-JNW]

DATED: May 24, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO EXTEND TIME FOR RESPONSES
TO AMENDED COMPLAINT AND FOR JOINT
STATUS REPORT

[Case 2:23-cv-01381-JNW]

2