The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| R.M., and A.M., <br><br> Plaintiffs, <br><br> vs. <br><br> REGENCE BLUESHIELD and the KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC. <br><br> Defendants. | Case 2:23-cv-01381-JNW <br><br> ORDER AMENDING THE DISCOVERY PLAN (ECF 27) |

This matter comes before the Court on the parties' Stipulated Motion to Extend time for the parties to bring a motion as to the completeness of the prelitigation appeal record as indicated in this Court's May 24th, 2024, Order (ECF 27). Having reviewed the motion, the Court GRANTS the parties' request.

It is ORDERED that:

- The deadline for Plaintiffs to bring a motion to the Court as to the completeness of the prelitigation appeal record relevant to Kaiser is **June 13, 2024.**

ORDER TO EXTEND TIME FOR RESPONSES  
TO AMENDED COMPLAINT AND FOR JOINT  
STATUS REPORT  

1

[Case 2:23-cv-01381-JNW]

- All other deadlines remain the same.

DATED: June 10, 2024.

Jamal N. Whitehead
United States District Judge

ORDER TO EXTEND TIME FOR RESPONSES
TO AMENDED COMPLAINT AND FOR JOINT
STATUS REPORT

[Case 2:23-cv-01381-JNW]

2