The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.M., and A.M., <br><br> Plaintiffs, <br><br> vs. <br><br> REGENCE BLUESHIELD and the KAISER FOUNDATION HEALTH PLAN OF WASHINGTON OPTIONS, INC. <br><br> Defendants. | Case 2:23-cv-01381-JNW <br><br> ORDER TO EXTEND DEADLINE FOR MEDIATION |

The parties, through their undersigned counsel, have stipulated and moved the Court to allow an extension of the deadline for the parties to participate in mediation in this case

For the good cause shown, it is ORDERED that the deadline for parties to participate in mediation is extended to October 11, 2024.

DATED:  September 6, 2024.

_Jamal W._

Jamal N. Whitehead
United States District Judge

PROPOSED ORDER TO EXTEND DEADLINE FOR MEDIATION

[Case 2:23-cv-01381-JNW]

BRIAN S. KING P.C.
420 EAST SOUTH TEMPLE
SUITE 420
SALT LAKE CITY, UT 84111